#8274
$4.84
8/5/11

# GORDON & SCHAAL, LLP
## ATTORNEYS AT LAW

1039 MONROE AVENUE
ROCHESTER, NEW YORK 14620

Telephone: (585)244-1070
Facsimile: (585)244-1085

August 4, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
1400 United States Courthouse
100 State Street
Rochester, New York 14614

Re: Barbara Horgan/Case # 08-22612
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $4.84. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

_____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

__X__ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant Roundup Funding LLC    Amount $115.83    Claims Register # 9

Kenneth W. Gordon
Chapter 7 Trustee


FILED AUG - 5 2011 BANKRUPTCY COURT ROCHESTER, NY

Case 2-08-22612-JCN    Doc 47    Filed 08/05/11    Entered 08/05/11 15:32:29    Desc Main
Document    Page 1 of 1